JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH CHICAGO PACKING, LLC, | Case No. CV 14-00779 FMO (PLAx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| BRIGHT GLOW CANDLE COMPANY, INC., | |
| Defendant. | |

Pursuant to the Mediation Report of February 10, 2015, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 11th day of February, 2015.

/s/
Fernando M. Olguin
United States District Judge